IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIRZA BAIG AND SAIMA ALI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO.: _____ |
| | § | |
| UES PROFESSIONAL SOLUTIONS 44, | § | |
| LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to 28 U.S.C. §1332(a), 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and in compliance with 28 U.S.C. §1446, Defendant UES Professional Solutions 44, LLC ("UES") timely removes this civil state court action brought by Plaintiffs Mirza Baig and Saima Ali ("Plaintiffs") to the United States District Court for the Southern District of Texas, Houston Division. UES would respectfully show the Court as follows:

## I.      INTRODUCTION

1.      The civil action is pending in Harris County state district court and bears Cause 2025-24222; *Mirza Baig and Saima Ali v. UES Professional Solutions 44, LLC*; in the 190th Judicial District Court, Harris County, Texas (the "State Court Action"). A jury has been demanded.

2.      Plaintiffs claim that on December 10, 2023, they were injured while traveling on the N. Sam Houston Parkway W. in Houston, Harris County, Texas, when a driver employed by UES crashed into Plaintiffs' vehicle. **Exhibit A** (Plaintiffs' Original Petition) at pgs. 2-3.

3.      Plaintiffs filed suit against UES for general negligence, gross negligence, negligent

hiring, negligent training, negligent supervision, retention, and monitoring, negligent entrustment, and ratification. *See generally, id.*

4.      Removal to the United States District Court for the Southern District of Texas, Houston Division, is proper because:

   a. Plaintiff Mirza Baig is an individual who resides in Texas. **Exhibit A** at pg. 2;

   b. Plaintiff Saima Ali is an individual who resides in Texas. **Exhibit A** at pg. 2;

   c. UES Professional Solutions 44, LLC is a limited liability company, and its sole member is Obsidian Group Acquisitions, Inc., which is incorporated in Delaware and has its principal place of business in Orlando, Florida. UES is therefore a citizen of Delaware and Florida; **Exhibit B** (UES Professional Solutions 44, LLC citizenship documents).

   d. The District Court of the United States has original subject matter jurisdiction (diversity) of this action because (a) this is a civil action between citizens of different states; and (b) the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, as Plaintiffs' petition states the amount in controversy is over $1,000,000.00; **Exhibit A** at pg. 1**.**

   e. This Notice of Removal is filed within thirty (30) days of April 11, 2025, the date on which Plaintiffs served UES with his Original Petition; and

   f. The United States District Court for the Southern District of Texas, Houston Division, is the District Court of the United States for the District and Division embracing the place where the State Court Action was filed.

*See* 28 U.S.C. §1332 (a); 28 U.S.C. §1441(a); 28 U.S.C. §1441(b); 28 U.S.C. §1446(a); 28 U.S.C. §1446(b).

## II.      STATEMENT OF GROUNDS FOR REMOVAL

**A.      Civil Action Between Citizens of Different States**

3.      According to Plaintiffs' live pleading, Plaintiffs are individuals who reside in Texas. *See* **Exhibit A** at pg. 2.

4.      UES Professional Solutions 44, LLC is a limited liability company, and its sole member is Obsidian Group Acquisitions, Inc. *See* **Exhibit B**. "[T]he citizenship of a LLC is

determined by the citizenship of all of its members." *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Because UES is an LLC, the Court looks only to the citizenship of its member(s) to determine citizenship for the purposes of diversity jurisdiction. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Obsidian Group Acquisitions, Inc. wholly owns UES. Obsidian Group Acquisitions, Inc. is incorporated in the State of Delaware, with its principal place of business in Orlando, Florida. See **Exhibit B**. Thus, UES is a citizen of Delaware and Florida.

5.      Because Plaintiffs are citizens of Texas and UES is a citizen of Delaware and Florida, there is complete diversity of the parties for the purpose of removal.

**B.      The Matter in Controversy Exceeds $75,000 Exclusive of Interest and Costs**

6.      The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. 28 U.S.C. §1446(2) states that "[i]f removal of a civil action is sought on the basis of [diversity] jurisdiction … the sum demanded in good faith in the initial pleading shall be determined to be the amount in controversy."  Plaintiffs' petition demands "monetary relief over of over $1,000,000." *See* **Exhibit A** at pg. 1.

7.      Therefore, the matter in controversy exceeds the sum of $75,000.00. The second element to establish diversity jurisdiction is satisfied.

**C.      Original Subject Matter Jurisdiction Pursuant to 28 U.S.C. §1332(a)/Removal is Proper Pursuant to 28 U.S.C. §1441(a)**

8.      Because this civil action is between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, this District Courts of the United States has original subject matter jurisdiction of this action. 28 U.S.C. §1332(a).  Further, removal to the United States District Court for the Southern District of Texas, Houston Division, is appropriate as it is the district and division embracing the place where the original action is pending

and is not the place of residence of UES.  28 U.S.C. §1441(a).

**D.     Removal is timely**

9.      Plaintiffs served UES with their Original Petition on April 11, 2025.  Accordingly, this removal is timely filed within thirty days of that date. *See* 28 U.S.C. §1446(a); *see also* Fed. R. Civ. P. 6(a)(1).

## ATTACHMENTS

10.     Pursuant to 28 U.S.C. §1446(a), UES attaches copies of the following:

a.     Plaintiffs' Original Petition (Exhibit "A");
b.     UES Professional Solutions 44, LLC citizenship documents (Exhibit "B");
c.     An index of matters being filed (Exhibit "C");
d.     A list of all parties in the case and status (Exhibit "D");
e.     A Civil Cover Sheet  (Exhibit "E");
f.     The state court docket sheet, a copy of all pleadings, and all process (Exhibit "F");
g.     A list of all attorneys involved in the action (Exhibit "G");
h.     The court from which the case was removed (Exhibit "H"); and
i.     Notice of Removal to the State Court (Exhibit "I").

## PENDING MOTIONS

11.     There are no pending motions.  There are no orders signed by the state court judge.

## CONSENT

12.     There are no other properly joined and served defendants other than UES. Accordingly, no other party must consent.

## NOTICE TO ADVERSE PARTIES/FILING WITH CLERK OF STATE COURT

13.     Pursuant to 28 U.S.C. §1446(d), promptly after the filing of this Notice of Removal UES will give written notice of removal to all adverse parties and will file a copy of this Notice of Removal with the clerk of the 190th Judicial District Court, Harris County, Texas – the court in which the State Court Action was filed.

## CONCLUSION

14.    THEREFORE, Defendant UES Professional Solutions 44, LLC hereby removes the

State Court Action to the United States District Court for the Southern District of Texas, Houston

Division.

Respectfully submitted,

*/s/ Bijan R. Siahatgar*

**BIJAN R. SIAHATGAR, Lead Counsel**
Texas Bar No. 18336200
S.D. Tex. No. 13796
Clark Hill PLC
1000 Louisiana Street Suite 2800
Houston, Texas 77002
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
BSiahatgar@clarkhill.com

Of Counsel:

JASON M. KIM
Texas Bar No. 24136949
S.D. Tex. No. 3721145
Clark Hill PLC
1000 Louisiana Street Suite 2800
Houston, Texas 77002
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
jkim@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, a true and correct copy of this document was served on all counsel of record via e-serve, email, facsimile, first class mail and/or otherwise.

*/s/Bijan R. Siahatgar*
BIJAN R. SIAHATGAR